United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-12676-elf
Anthony Morse                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2           Date Rcvd: Jul 18, 2016
                              Form ID: 138NEW          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2016.
```
db         +Anthony Morse,    2006 W. Cheltenham Avenue,    Philadelphia, PA 19138-2214
cr          ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
12344560   +Alan B. Liss, Esquire,    1420 Walnut Street,   Suite 808,   Philadelphia, PA 19102-4008
12534019    ECMC,    P.O. Box 75906,    St. Paul, MN 55175
12344564    First Premier,    3820 N. Louis Avenue,    Sious Falls, SD  57107-0145
12344565    First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD  57107-0145
12344570   +Midland Credit Management Inc,    2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
12528868   +RUSHMORE LOAN MANAGEMENT SERVICES,    7515 Irvine Center Drive,   Suite 100,
             Irvine, CA 92618-2930
12344571   +Rushmore Loan Management,    PO Box 52708,    Irvine, CA 92619-2708
12344572    Security Credit,    2623 W. Oxford Loop,    Oxford, MS  38655-5442
12454745    eCAST Settlement Corporation, assignee,    of CitiBank (South Dakota) N.A.,   POB 35480,
             Newark, NJ 07193-5480
12454746    eCAST Settlement Corporation, assignee,    of Providian National Bank,   POB 35480,
             Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:26     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:32
             Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:11:08
             Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:03:47
             Recovery Management Systems Corporation For GE Mon,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12483564    E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:26     City of Philadelphia,
             SchoolDistrict of Philadelphia,    Law Department - Tax Unit,   One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA  19102-1595
12344561   +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:26     City Of Philadelphia Law Department,
             Real Estate Taxes,    1515 Arch Street, 15th Fl,   Philadelphia, PA 19102-1504
12344563    E-mail/Text: creditonebknotifications@resurgent.com Jul 19 2016 01:55:00     Credit One Bank,
             PO Box 98873,    LasVegas, NV  89193-8873
12528333    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:25     Equable Ascent Financial, LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
12546457    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:02
             Galaxy Portfolios, LLC,    c/o B-Line, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
12925238    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:25     Granite Recovery LLC,
             c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
12627872   +E-mail/Text: bnc@bass-associates.com Jul 19 2016 01:54:56     HSBC Bank Nevada, N.A.,
             Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
12438003    E-mail/Text: cio.bncmail@irs.gov Jul 19 2016 01:55:07     Internal Revenue Service,
             Centralized Insolvency Operation,    Po Box 7346,   Philadelphia, Pa 19101-7346
12344567    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2016 01:55:55     Jefferson Capital,
             16 McLeland Road,    St. Cloud, MN  56303-2198
12440218    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2016 01:55:55     Jefferson Capital Systems LLC,
             PO BOX 7999,    SAINT CLOUD MN  56302-9617
12344568    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:32     LVNV Funding,
             PO Box 10584,    Greenville, SC  29603-0584
12388419   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2016 01:55:39     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
12934837    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:11:07     Midland Funding LLC,
             by American InfoSource LP as agent,    PO Box 4457,   Houston, TX  77210-4457
12424857   +E-mail/Text: csidl@sbcglobal.net Jul 19 2016 01:56:00     Premier BankCard/Charter,
             Post Office Box 2208,    Vacaville, CA 95696-8208
12603951    E-mail/Text: bnc-quantum@quantum3group.com Jul 19 2016 01:55:13
             Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,   PO Box 788,
             Kirkland, WA 98083-0788
12512864    E-mail/PDF: rmscedi@recoverycorp.com Jul 19 2016 02:03:25
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                               TOTAL: 21
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                    Date Rcvd: Jul 18, 2016
                               Form ID: 138NEW              Total Noticed: 33

cr*              Equable Ascent Financial, LLC,    c/o Recovery Management Systems Corporat,
                  25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr*             +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                  Tucson, AZ 85712-1083
cr*             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*              Quantum3 Group LLC as agent for,    Galaxy Portfolios LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
12344562*       +City Of Philadelphia Law Department,    Real Estate Taxes,    1515 Arch Street, 15th Fl,
                  Philadelphia, PA 19102-1504
12344566*        First Premier,    3820 N. Louise Avenue,    Sioux Falls, SD 57107-0145
12451752*        Internal Revenue Service,    P O BOX 7317,    Phila.PA 19101-7317
12440219*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
12344569*        LVNV Funding,    PO Box 10584,    Greenville, SC 29603-0584
12935115*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                  Houston, TX 77210-4457
                                                                                          TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              ALAN B. LISS    on behalf of Debtor Anthony  Morse bnklaw@aol.com
              ANN E. SWARTZ    on behalf of Creditor   Wells Fargo Bank, N.A., et al... , ecfmail@mwc-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wells Fargo Bank, N.A., et al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony Morse
        Debtor(s)                                            Bankruptcy No: 11−12676−elf
                                                                    Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                For The Court

                                                Timothy B. McGrath
                                                Clerk of Court

Dated: 7/18/16

                                                                                  90 − 88
                                                                     Form 138_new