United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-12676-elf
Anthony Morse                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Aug 26, 2016
                             Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db            +Anthony Morse,    2006 W. Cheltenham Avenue,    Philadelphia, PA 19138-2214

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
          ALAN B. LISS    on behalf of Debtor Anthony  Morse bnklaw@aol.com
          ANN E. SWARTZ    on behalf of Creditor    Wells Fargo Bank, N.A., et al... ecfmail@mwc-law.com,
          ecfmail@mwc-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, N.A., et al...
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
                                                                                    TOTAL: 6

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

In re:                                                              : Chapter 13


Anthony Morse                                                       : Case No. 11−12676−elf

          Debtor(s)


### ***ORDER***

_____


        AND NOW, this day , 26th day of August, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


        ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                                            By The Court


                                            Eric L. Frank
                                            Chief Judge , United States Bankruptcy Court






                                                                                    96
                                                                               Form 195